scher and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 128 N. Y. Supp. 1146.

STERN, Appellant, v. MENDETZ, Respondent. (Supreme Court, Appellate Division, First Department. March 24, 1911.) Action by Louis Stern against Philip J. Mendetz. J. Manheim, for appellant. M. D. Steuer, for respondent. No opinion. Order affirmed, with costs. Order filed.

STITT et al. v. WARD et al. (Supreme Court, Appellate Division, First Department. March 1, 1911.) Action by William J. Stitt and others against Artemas Ward and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 127 N. Y. Supp. 351.

STOLLER & COOK CO., Respondent, v. VENNETTE F. PELLETREAU & CO., Appellants. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by the Stoller & Cook Company against Vennette F. Pelletreau & Co.
PER CURIAM. Motion to open default granted. Motion to dismiss appeal denied, on payment of $10 costs by the appellants, on condition that defendants perfect their appeal, place the case upon the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

STOTT, Appellant, v. VILLAGE OF SKANEATELES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by Caroline Stott against the Village of Skaneateles and others. No opinion. Judgment affirmed, with costs.

STURTEVANT MILL CO., Appellant, v. SHEDD, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by the Sturtevant Mill Company against Henry D. Shedd, as trustee in bankruptcy of the Monarch Plaster Company. No opinion. Judgment affirmed, with costs.

TALEVI, Respondent, v. NEW YORK CENT. & H. R. R. CO:, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Gaetano Talevi, as administrator, etc., of Pietro Talevi, deceased, against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
THOMAS, J., votes for reversal, for error in refusing to charge defendant's second request at folios 192 and 193.

TAYLOR, Respondent, v. NEVINS et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by Frank A. Taylor, as trustee, etc., against Thomas H. Nevins and another.
PER CURIAM. Order affirmed, with costs.
HOUGHTON, J., concurs in result only. SEWELL, J., dissents.

In re TIBBITS' WILL. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) In the matter of proving the last will and testament of Henry W. Tibbits, deceased. No opinion. Motion granted, amending decision nunc pro tunc as of December 1, 1909 (136 App. Div. 906, 119 N. Y. Supp. 1147), so as to show that the appeal was taken from, and the affirmance made of, the judgment, as well as the order.

TITLE GUARANTEE & TRUST CO., Appellant, v. CARROLL, Respondent. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by the Title Guarantee & Trust Company against Peter Carroll.
PER CURIAM. Reargument ordered, and case set down for Tuesday, May 2, 1911.
CARR, J., taking no part.

TITUSVILLE IRON CO., Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. April 7, 1911.) Action by the Titusville Iron Company against the City of New York and others. G. W. Alger, for appellant. T. Farley, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

TORREY, Respondent, v. BRUNER, Appellant. (Supreme Court, Appellate Division, Second Department. March 17, 1911.) Action by Frank B. Torrey, as executor, etc., of Edward Warren Day, deceased, against Evelyn Day Bruner and others. No opinion. Judgment modified, so that the sum found due for principal and interest on the 24th day of June, 1910, shall be $10,112, and as so modified, the judgment is affirmed, without costs. See, also, 134 App. Div. 982, 119 N. Y. Supp. 1147.

TORREY, Respondent, v. BRUNER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 17, 1911.) Action by Frank B. Torrey, as executor, etc., of Edward Warren Day, deceased, against Evelyn Day Bruner and another. No opinion. Judgment modified, so that the sum found due for principal and interest on the 24th day of June, 1910, shall be $15,168, and, as so modified, the judgment is affirmed, without costs. See, also, 134 App. Div. 982, 119 N. Y. Supp. 1147.

TOWER RIDGE YACHT CLUB, Appellant, v. HASTINGS, Respondent. (Supreme Court, Appellate Division, Second Department. March 17, 1911.) Action by the Tower Ridge Yacht Club against Augusta Schaeffel Hastings. No opinion. Judgment modified on reargument,